**Order entered June 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00492-CV

**IVERY T. WILLIAMS, Appellant**

**V.**

**DAVID GUTIERREZ, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-18-04233-A**

## ORDER

Appellant, who is indigent and allowed to proceed without payment of costs, appeals from the trial court's order signed April 16, 2019. We have received a copy of a document addressed to the trial court clerk seeking the court reporter prepare a transcript of the hearing held on March 18, 2019 and the clerk include in the clerk's record "motions, responses, and orders." To the extent the trial court clerk and court reporter have not received separate designations for the record from appellant, we **ORDER** them to file their respective records **within thirty days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to John Warren, Dallas County Clerk; Cathye Moreno, Official Court Reporter for County Court at Law No. 1; and all parties.

/s/     BILL WHITEHILL
        JUSTICE